## George McINTOSH v. T. B. WHITE, Warden.
### No. 373.

Circuit Court of Appeals, Tenth Circuit.
Oct. 13, 1930.

Joe H. Eresch, of Topeka, Kan., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges, and POLLOCK, District Judge.

PER CURIAM.

Appeal dismissed October 13, 1930, for lack of merit.

## Joe NEWISSEN, Appellant, v. UNITED STATES of America.
### No. 8735.

Circuit Court of Appeals, Eighth Circuit.
Oct. 15, 1930.

Walter H. Hennessey and A. S. Dowdall, Jr., both of Minneapolis, Minn., for appellant.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal dismissed for want of prosecution, without costs to either party in this court.

## NEW YORK LIFE INS. CO., Appellant, v. Anna DYLLER, Appellee.
### No. 4388.

Circuit Court of Appeals, Third Circuit.
Jan. 10, 1931.

Wall, Haight, Carey & Hartpence, of Jersey City, N. J. (Wm. H. Carey, of Jersey City, N. J., of counsel), for appellant.

Lichtenstein, Schwartz & Friedenberg, of Hoboken, N. J. (John H. Kelley, of Hoboken, N. J., of counsel), for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge.

In this case the insurance company conceded its liability for the death of the deceased, but denied liability for double indemnity in case death resulted from accident. The issue before the jury narrowed to the question whether the deceased committed suicide by driving his automobile over a precipice, and the question on this appeal is whether the trial court erred in refusing to give binding instructions to the jury to find for the company. No principle of law is involved, and the case turns on its own particular proofs. After a careful study of such proofs by each Judge singly and a full discussion at conference, the court is of opinion the proofs were such that the issue involved had to be submitted to the jury.

Accordingly, the judgment below is affirmed.

## NUT–TE–CHE LEWIS v. A. G. McMILLAN, Acting Superintendent for the Five Civilized Tribes, et al.
### No. 401.

Circuit Court of Appeals, Tenth Circuit.
Dec. 2, 1930.

R. S. Cate, of Muskogee, Okl., for appellant.

W. F. Rampendahl, U. S. Atty., of Muskogee, Okl., for appellee.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed December 2, 1930, pursuant to stipulation of counsel.